John Michael Kirk
(Name)

P.O. Box 3030
(Address)

Susanville Ca
(City, State, Zip)

V-58590  B-2-101-L
(CDC Inmate No.)

555
New

FILED

FEB - 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

## United States District Court
### Southern District of California

SI (PR)

John Michael Kirk ,
(Enter full name of plaintiff in this action.)

CV} 08  0805

Plaintiff,

Civil Case No. _____
(To be supplied by Court Clerk)

v.

Warden Felker ,
Dir.Cor. N. Grannis ,
Dr. James ,
Dr. David ,
(Enter full name of each defendant in this action.)

Defendant(s).

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to
assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, John Michael Kirk
(print Plaintiff's name)
_____, who presently resides at H.D.S.P. P.O. Box 3030
(mailing address or place of confinement)
Susanville Ca 96127 _____, were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at High Desert
State Prison _____ on (dates) 4-2-07 , 5-2-07 , and _____.
(Institution/place where violation occurred)        (Count 1)      (Count 2)      (Count 3)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant _FelKer_ resides in _Lassen_,
      (name)                        (County of residence)
and is employed as a _Warden_. This defendant is sued in
                      (defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: _other Defendants' acting under The authority of_
_Warden felKer_

Defendant _Dr James_ resides in _Lassen_,
      (name)                        (County of residence)
and is employed as a _Docter_. This defendant is sued in
                      (defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: _acted under The color and athority Refusing_
_To accommidate my pain maniqument and DJC-ing my pain_
_meds as well as my Dissability Reqirements_

Defendant _DR David_ resides in _Lassen_,
      (name)                        (County of residence)
and is employed as a _Docter_. This defendant is sued in
                      (defendant's position/title (if any))
his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: _Refusing me my pain meds and making false_
_alligation Stateing that Pain meds and medical Devices and spine_
_problems was not indecated which is false_.

Defendant _D. Tramis_ resides in _Sacrimento_,
      (name)                        (County of residence)
and is employed as a _Chett Dir of Corrections_. This defendant is sued in
                      (defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: _Deinied my appeal without any investigation_

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: <u>Right To medical Care</u>
(E.g., right to medical care, access to courts,

<u>freedom from Cruel and unsual Punishment,</u>
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

**Supporting Facts:** [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

On 4-2-07 Dr James Chose To D/C my pain mediCaTion over the Phone To R.n. Camacha without even seeing my medical file I filed a Emergance medical form Dr James's seen me in Person and Refused. To re-fill any of my meds are grant me any of my medical supplies Basing His Desishion on a face Value Desishion without evlan Reveiewing my medical file Dr James Poor Desishion and lack of Professialism are Just Plain largness Led To me suffering cruls and unusul punishment I was on These Pain medications foke cplexmently 2-year's with DocemenTaTion in my medical file Clearly Pointing out that I need these medications Because of the extreem Pain I am in To Take These medorcations from a patient that clearlyneds them without any kind of medical Petoxication is clearly Crule and unusale punishment and Dr James Just does what evlou He wants Right are wrong SEE ATT: form order Date 4207 # excibit 1

and SEE ATT: Pages 1 - Threew 9 HisTory of medications #1-#9

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)    **HEALTH CARE SERVICES REQUEST FORM**    DEPARTMENT OF CORRECTIONS

*Emergance invontblibele musele spasms*    7804

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| A fee of $5.00 may be charged to your trust account for each health care visit. |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| KiRK | V-58590 | B-2-108-L |

PATIENT SIGNATURE
John M Kirk

DATE
4-4-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I arrived on H.D.S.P 4-2-07 first about all my medications into D.C. & I was told that soon as my nabtins run out that was brought with me I would no longs get them just like the Soma and Vicodin that was D.Ced all my medical charts shows I med these meds atleust 5- Doctors 2- To talk PPecailest Say I need these meds 1- specailist recomended Not phine another doctor recomended Mothidont and that I see a Doctor Apre but fore my ups

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON THE BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM    See Att form

one wich is twisted with Contushion's and Deterecation I Cant sleep at night I have un control-l muscle spasms muscle clenches in sever Pain I need my Cain egg Crate matress and my idication I should fall under chronic Care why I was son ship at here I dont know ny if H.D.S.P Dosnot Deal with Peoples medical P.celems anyone Should know just D.C. someones meds like that if ter I've ben on them so long plus all docementation partly shows I need them meds is a form of Cruld and unustrble punishment der title 15 stated you are to be treated fore any sever pain in abeling you to funtion egulate Day Plus it falls under a emergance under uncontrolible muscle Aparlis all under all Catigory's your assistance in this matter would be grately apreciated Plus I need my Silver Bulets for Constypation that works Sincerely thank you fore me I dont know what your gonta is as I are as deeling w ith pain issues but what is was taking was working I would like my meds

John m yurk
V-58590
B-2-108-L

ceived 4/4/07 @ 1640 Dr

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 4/2/07 | | | HDSP R/R |
| | | | MD line 14 days - chronic pain, GERD |
| | #4 obsession | | Zantac 150mg, PO, OTC BID X 30days |
| | #13 session | | Metamucil packet, + pkt ch 8oz H2O, BID use own supply |
| | #14 transfer | D/C | SOMA 350mg, + PO, QAM, + PO QPM c food |
| | | D/ | Vicodin + = ii PO, BID, prn pain |
| | #17 transfer | | Neurontin 400mg, + PO, BID, DOT X 2weeks |
| | 355cc transfer | | mom, + tablespoon, QD prn constipation |
| | | | Fiber tabs + PO, BID, c 8oz H2O X30days |
| | | | MOM 30cc, PO, Q 3-4 days, 240ml/mo, |
| | | | prn constipation X 30days |
| | | | TO Dr James / Camacho RN |
| | 1945 | | MH Referral - CCCMS - 14 days (meds exp 3/27/07) |
| | | | Cymbalta 30mg, + PO, QAM X 14days |
| | | | TO Dr Colletti ) Camacho RN |
| | | | Dr. Richard Colletti |
| noted | 4/2/17 @ 1940 | | |
| C. | | | |

ALLERGIES: NKDA

INSTITUTION: HDSP

ROOM/WING: B2-108L

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

Kirk, John

V58590

**PHYSICIAN'S ORDERS**

11/23/64

CDC 7221 (2/00)
STATE OF CALIFORNIA          OSP 05 93459          DEPARTMENT OF CORRECTIONS



| DATE | TIME | PROB# | "No chart" |
|------|------|-------|------------|
| ~~12/8/2006~~ | | | **S:** (history includes details pertinent to the patient's medical complaint) |
| 12/20/2006 | | | Wants refill some Π, T, T & chronos refill |
| | | | Seen by Neurosx tele Med 11/6/6. for LESI (pending) |
| | | | refers abd flerring SX in past. & occ tender abc |
| | | | BM Q 2-3 |
| Vicodin TT TID (12-31-6) | | | |
| prevens d on. | | | **O:** (physical assessment) T: 97⁸ P: 100 R: 18 B/P: 121/7 Wt: 96 |
| some Π, T, T | | | NAD |
| | | | Spine ↓ Flexion due to pan |
| | | | tender porospinal musc. lower back. |
| | | | Abd  (Ŧ) SX scar c reducible |
| | | | abd flerring. BS⊕, ⊖ rebound |
| | | | eet ⊖ c/c. |
| | | | **A:** (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.) |
| | | | 1) Spine Disc disease will get LESI |
| | | | 2) constipation |
| | | | **P:** (MTA – referral to a higher licensure for prioritization and evaluation.) (RN -action to be taken by the RN so that the patient receives appropriate medical care.) |
| | | | 1) renewal Meds, analgesic out; chronos |
| | | | low bunk, ground floor effective. |
| | | | RTC 3 wks for reevaluation |
| | | | **E:** (education provided) No Neurontin at this time |
| | | | on getting ≠ Meds & No acute UU control |

**INSTITUTION** Pleasant Valley State Prison

ROOM / WING CFB2T1000000129L  D4 - 130L

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

meet App to discuss

Lyrica PRN

CDC NUMBER, NAME, (LAST, FIRST, MI)
V58590
KIRK, JOHN
11/23/1964

M. CASTILLO, MD.
Physician

CDC 7254 (8/89)

STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

#2

CDC HCSD-ASU MXD/MAR FORM Style #3 (01/

# MEDICATION ADMINISTRATION RECORD

For the Month of: **Sep-2006** Year: _____

| NAME OF RN/MTA | Initial | | | | NAME OF RN/MTA | Initial | | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|---|---|

**785612- 1   DR: SUPIT**
GABAPENTIN 600MG(NEURONTI      60
1 BID
*DOT*TMD/APPRO
Start: 08/18/2006   Stop: 10/19/2006

**785625- 0   DR: SUPIT**
HYDROCODO/APAP 5/500(VICO      0
2 TID
Start: 07/21/2006   Stop: 09/19/2006

**789880- 0   DR: EMLER(NP)**
CARISOPRODOL 350MG(SOMA)      60
1 BID W/FOOD
DOT
Start: 08/04/2006   Stop: 11/02/2006

KIRK, JOHN          V-58590  CFB2-129L
DR: BENYAMIN    RPH: LT    MFG: SC
RX: 799585- 0       QTY: 90

    CARISOPRODOL 350MG(SOMA)
    1 TID
    DOT
START: 09/05/06       STOP: 11/04/06

KIRK, JOHN          V-58590  CFB2-129L
DR: CASTILLO    RPH: LT    MFG: ZZ
RX: 801943- 0       QTY: 0

    HYDROCODO/APAP 5/500(VICO
    2 TID
START: 09/12/06       STOP: 10/12/06

KIRK, JOHN          V-58590  CFB2-129L
DR: EMLER(NP)    RPH: LT    MFG: SC
RX: 806574- 0       QTY: 120

    CARISOPRODOL 350MG(SOMA)
    2 QAM,1 NOON,1 QPM
    DOT
START: 09/26/06       STOP: 11/25/06

**NAME:** KIRK, JOHN          **CDC#:** V-58590    **HOUSE:** CFB2-129L

 #3

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**



| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 9/1/06 | 1010 | | Soma 350 — tid X 2m. |
| | | | Sun Block bid X 2m. |
| | | | Skin lotion Bid X 2m. |
| | | | Neuro surgery consult (RFS complete) |
| | | | flu on pain management |
| | | | RTC in 2m. |
| | | | Ryan |
| | | | Noted 9/1/06 @ 1030 |

ALLERGIES: NKA

INSTITUTION PVSP

ROOM/WING C2-129

Confidential
client information
See W & I Code, Sections 4514 and 5328

CDC NUMBER, NAME (LAST, FIRST, MI)

Kirk
V58590

11/23/64

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA
OSP 05 93416
DEPARTMENT OF CORRECTIONS

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: August    Year: 07

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | mBg | mB | MR Radsakaraweni MC | | | |
| | | | | Claira | Q | Hut | M |

643693- 1    DR: DAVID, A. PA
DOCUSATE SODIUM 100MG CAP    30
1 CAP 2X DAILY IF
CONSTIPATION #30/MONTH
Start: 07/03/2007    Stop: 09/02/2007

643694- 1    DR: DAVID, A. PA
FIBER TABLETS    120
2 TABS 2X DAILY
Start: 07/03/2007    Stop: 09/02/2007

643695- 1    DR: DAVID, A. PA
IBUPROFEN 400MG TABLET    90
2 TABLETS 2 TIMES A DAY
IF PAIN #90/MONTH
Start: 07/03/2007    Stop: 09/02/2007

643696- 1    DR: DAVID, A. PA
OMEPRAZOLE 20MG CAP    30
1 CAPSULE EVERY DAY
Start: 07/18/2007    Stop: 09/02/2007

651384- 0    DR: DAVID, A. PA
GABAPENTIN 600MG TAB    60
1 TAB TWICE DAILY
*NA
Start: 07/09/2007    Stop: 10/07/2007

651824- 0    DR: COLLETTI, R.
VENLAFAXINE XR 75MG CAP    30
1 CAP EVERY AM
*NA
Start: 07/10/2007    Stop: 10/08/2007

651825- 0    DR: COLLETTI, R.
HYDROXYZINE HCL 50MG TAB    60
2 TABS EVERY PM
*NA
Start: 07/10/2007    Stop: 10/08/2007

651826- 0    DR: COLLETTI, R.
MIRTAZAPINE 45MG TABLET    30
1 TAB EACH EVENING
Start: 07/10/2007    Stop: 10/08/2007

**NAME:** KIRK, JOHN    **CDC#:** V-58590    **HOUSE:** ~~DG 123L~~  D G226

#5

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication<br>(Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 1/19/07 | 1100 | ① | Bisacodyl Supp 10mg<br>Unwrap + insert one Rectally<br>daily as needed. x 60 days<br>PRN |
| | | ② | DSS 100 mg ÷ PO BID PR<br>Constipation        x 60 days |
| | | ③ | RFS Abd / pelvic US |
| | | ④ | Chrono - abd binder (large) |
| | | 8 | Low bunk, low tier, cane<br>Double mattress |
| | | ⑤ | Neurontin 400 mg ÷ PO TID   x 60 days |
| | | ⑥ | mm Flu 60 days |
| | | | D. COLEMAN FNP<br>**Nurse Practitioner** |
| 1-19-07 | 1125 | | Noted LSmith, LVN |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| ALLERGIES: NKA | INSTITUTION PVSP | ROOM/WING D4-130 |
|---|---|---|

CDC NUMBER, NAME (LAST, FIRST, MI)

Kirk, John
V 58590

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA        OSP 05 93416        DEPARTMENT OF CORRECTIONS

en



**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 10/8/06 | 1430 | | ↓ MD |
| | | (1) | Cymbalta 30mg PO 9AM X 7d, |
| | | | then ↑ 60mg PO 9Am X PJ d |
| | | | unsure but 10/8/07 |
| | | | cellengenger |
| | Noted by R. Collins, LPT on 10/09/06@1205 | | |

ALLERGIES:

INSTITUTION

ROOM/WING

CDC NUMBER, NAME (LAST, FIRST, MI)

Confidential
client information
See W & I Code, Sections 4514 and
5328

Kirk, John

V 58590

11-23-64

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA        OSP 05  93459      DEPARTMENT OF CORRECTIONS



**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 12.22.05 | 1234 | | BACLOFEN 10 my1 ⊤ p.o BIDX 3 Months |
| | | | Neurontin 1200 my p.o TIDX 3 Months |
| | | | Vicodin 5/500 ⊤ p.o TID X 3 Months |
| | | | Waist-Band for abdomen (abd. Binder) |

**ALLERGIES:**      **INSTITUTION**      **ROOM/WING**

CDC NUMBER, NAME (LAST, FIRST, MI)

Confidential
client information
See W & I Code, Sections 4514 and
5328

KIRK. 1
V-5P570

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA        OSP 05 93425        DEPARTMENT OF CORRECTIONS

11-23-64

CDC HCSD-ASU MED/MAR FORM Style #3 (01/93)

# MEDICATION ADMINISTRATION RECORD

For the Month of: _Oct_     Year: _05_



| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | | | Sedwick | A | | |
| | | | | Branciolum | AB | | |
| | | | | | | | |

688545- 5    DR: FLORES
GABAPENTIN 600MG(NEURONTI)    60
2 BID
*DOT*TMD/APPRO
Start: 09/19/2005    Stop: 10/10/2005

**PLEASANT VALLEY PHARMACY**
DEPARTMENT OF CORRECTIONS
24863 W. JAYNE AVE.    COALINGA, CA 93210
(559) 935-4900   EXT. 5484
KIRK, JOHN    V-58590   CFB2-129U
DR: KUSHNER    RPH: LT    MFG: EL
RX: 708180- 0    QTY: 60

GABAPENTIN 600MG(NEURONTI)
2 BID
*DOT*TMD/APPRO
START: 09/29/05    STOP: 10/29/05

**PLEASANT VALLEY PHARMACY**
DEPARTMENT OF CORRECTIONS
24863 W. JAYNE AVE.    COALINGA, CA 93210
(559) 935-4900   EXT. 5484
KIRK, JOHN    V-58590   CFB2-129U
DR: KUSHNER    RPH: LT    MFG: Z
RX: 708178- 0    QTY: 0

HYDROCODO/APAP 5/500(VICO
1 BID  X14DAYS*APPRO
STOCK
START: 09/29/05    STOP: 10/13/05

**PLEASANT VALLEY PHARMACY**
DEPARTMENT OF CORRECTIONS
24863 W. JAYNE AVE.    COALINGA, CA 93210
(559) 935-4900   EXT. 5484
KIRK, JOHN    V-58590   CFB2-129
DR: KUSHNER    RPH: LT    MFG: LV
RX: 709906- 0    QTY: 60

BACLOFEN 10MG (LIORESAL)
1 TID
DOT*RECOM
START: 10/07/05    STOP: 01/05/06

**PLEASANT VALLEY PHARMACY**
DEPARTMENT OF CORRECTIONS
24863 W. JAYNE AVE.    COALINGA, CA 93210
(559) 935-4900   EXT. 5484
KIRK, JOHN    V-58590   CFB2-129U
DR: KUSHNER    RPH: LT    MFG:
RX: 708180- 0    QTY: 0

*DC GABAPENTIN 600MG(NEU*
***** DISCONTINUED ******
***** DISCONTINUED ******
START: 09/29/05    STOP: 10/07/05

Neurontin 300mg
↑ HS × 5days >1 BID
√5days > 1 Tib x5days
10-7-05    10-22-05

**NAME:** KIRK, JOHN    **CDC#:** V-58590    **HOUSE:** CFB2-129U

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 9-5 | 58 | (1) | BACLOFEN  10 Mg  PO  B.I.D  30d |
| | | (2) | NEURONTIN  1200 Mg  PO  T.I.D |
| | | (3) | VICODIN  1  PO  Tp.I.D  X 10d |
| | | (4) | Pain clinic F/up |
| | | (5) | MRI  L/S/C/S  N. KUSHNER, M.D. |

| ALLERGIES: | INSTITUTION | P-SP  ROOM/WING  C 2-129 |
|---|---|---|
| | | CDC NUMBER, NAME (LAST, FIRST, MI) |

Confidential
client information
See W & I Code, Sections 4514 and
5328

KIRK, JOHN
V 58590

**PHYSICIAN'S ORDERS**

11-23-1964

CDC 7221 (2/00)
STATE OF CALIFORNIA          OSP 05 90611          DEPARTMENT OF CORRECTIONS

<u>Count 2:</u> The following civil right has been violated: E.g. Right To medical Cahe
freedom of Crule and unusial Punishment.
(E.g. right to medical care, access to courts,
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment,
etc.)

<u>Supporting Facts:</u>   [Include all facts you consider important to Count 2.  State what happened clearly and in
your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant,
*by name*, did to violate the right alleged in Count 2.]

DocTer David Refusa To give me my medication's are medical
Supplsis That I need she gouts that my medical file Dossinot
indecats the med are medical Supplies She patley grameted
But IVe nevere Receive any thing she stated To me That if I
Didnt write so many 602 She would Hav Time To Revue
my medical well she Had Time To look at my file and she
Still Denised me my medication and medical Supples Cain
Back Bench egge Crate mattres's Bottom Bunk lower Cell
See Att foem A.d-A6901464-07402 lognumbers and Att.
medical fils Pain InstiTute #1 #2 Spine specailest 9-22-06
#3 Radiology Dated 10-4-05 #4 and #5 Crono #6 Health
Care 2-18-06 #7 and #8 all of these exibets Come out of
my medical How Can Ms Dacred state its not indebated
in my file she was Just med Because I filed Appeals I still
Hav not got my meds as my medical Deseases Em still in
Pain all The Time maken me Suffer crule and unwheed
Punichment These att forms showes ms David Statments
are untrue

STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| HDSP- B. | 07-01464 | 18. ADA |

Mel Appliances

~~APPROVED~~ MAY 2 1 2007

**NOTE: THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES**

In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.

HDSP Appeals

P-C-123-h

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| John M Kirk V | V-58590 | unass | none | |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

**MODIFICATION OR ACCOMMODATION REQUESTED**

DESCRIPTION OF DISABILITY: are wheel chair

Med Cain Cant stand are sit foke long period of time are Pain and numbness in arms and legs back locks up and Cant walk severd nerves damage

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

2- majore operations 14- holes in me Severd nerves lower on M.R.I Showes 1-st and 3- Disc Ruptured Punching pay attick nerve upen ex- ray and M R.I Showes deteriating spine twisted spine with contushions and bone spures 2- operations slid from chest to under bellie button with 14- holes in me I just left a medical yard having medicial Prisisees done on my spine

DESCRIBE THE PROBLEM:                                                   cantprotect

Im not reccieving any medications that was preacribed by Doctors I dont have my Cain Dont have my stomach alone Place my egg Crate matthers Im forced to hand cuff in back Im forced to stand for long periods of time I Cant sleep are else cam I able to function Daily activitleus of every Day life I suffer from sever pain which makes me whant to lay in bed all day but some times that hurts with more if the nerves in my spine are being pinched it give me muscle Cramps spasms and twitches uncontrolable

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

my Cain my egg Crate matthers my stomach support sheet I be sent to a speacialest about my uper spine if I am ablet to stand are sit a long Period of time I have a wheel chair that I recieve my medications under 3350.191.(b) 1,(4),5) and 3354.2,(A) rules and regulations that Im not allowed to suffer with nerve damage moleculary my lower spine Cramps and twitches Pain and suffering the mothin nephroren are tylenol does not help any of my Diseases & so why give that to me thats what the Doctor offerd me Doc James

_John m kirk_                          4-9-07
INMATE/PAROLEE'S SIGNATURE                    DATE SIGNED

P.Staten I was fine without was seeing my medical file thes meds I was recieving was granite on 602's now Docter James Denies them 5- Docters stated I had a hernia Docter James tells me I dont

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| REVIEWER'S ACTION |
|---|

**TYPE OF ADA ISSUE**

DATE ASSIGNED TO REVIEWER:
DATE DUE:

☐ PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

☐ Auxiliary Aid or Device Requested

☒ Other requests cane, eggcrate mattress, stomach support, requests referral to specialist about his upper spine; pain medication;

☐ PHYSICAL ACCESS (requiring structural modification)

DISCUSSION OF FINDINGS: _____ See Attached _____

Halls 2007
DATE INMATE/PAROLEE WAS INTERVIEWED

A. David, PA-C
PERSON WHO CONDUCTED INTERVIEW

**DISPOSITION**

☐ GRANTED        ☐ DENIED        ☒ PARTIALLY GRANTED

BASIS OF DECISION: _____

**NOTE:** If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate.

| DISPOSITION RENDERED BY: (NAME) | TITLE | INSTITUTION/FACILITY |
|---|---|---|
| | PA | HDSP |

| APPROVAL |
|---|

| ASSOCIATE WARDEN'S SIGNATURE | DATE SIGNED |
|---|---|
| M. Miller NP POC | 5-7-08 |

DATE RETURNED TO INMATE/PAROLEE 5-9-07

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____    Due Date: _____

Interviewed by: _____

_Refer to 1824_

Staff Signature: _____    Title: _____    Date Completed: _____
Division Head Approved:    Returned
Signature: _____    Title: _____    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

I was interviewed 5-2-07 where I was barley allowed to talk Per Title 15-3084.1.(d) no Reprisals shall be took for using the appeals process when in fact Ms David did take Reprisals stated to me if I didn't file so many appeals she would have more time to deal with my medical problems then to haffta. deal with paper work and as fore medication and medical supplies ex says and M.R.I all that should be in

Signature: _John M Kirk_    Date Submitted: 5-76-07

Second Level    ☐ Granted    ☒ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _5-21-07_    Due Date: _6-5-07_
☐ See Attached Letter

Signature: _Deleted Medical Appeals_    Date Completed: _6/1/07_
Warden/Superintendent Signature: _____    Date Returned to Inmate: _6-5-07_

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

yes ms David is Taking Reprisals against me you state in your response it not indacated in my medical file about Cain Eggs crate matress Vicodin Soma alt about Bakersfild Specialest all my past chrono's is Right in front of David when she is interviewing me she is Rude and dis Respectfull To me and Dont even allow me To Talk my chrono's and stuff letter's from Specialest in Bakersfild

Signature: _john wil Kirk_    Date Submitted: _6-7-07_

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other _____
☒ See Attached Letter
    Date: _JUL 0 3 2007_

CDC 602 (12/87)

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region

1. __HDSP__    Log No. 1. __07-01464__    Category __18__

2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME Kirk | NUMBER V-58590 | ASSIGNMENT unass | UNIT/ROOM NUMBER D-6-123-L |

A. Describe Problem: _____

_____

_____

_____

_____

_____

If you need more space, attach one additional sheet.

B. Action Requested: _____

_____

_____

Inmate/Parolee Signature: _____    Date Submitted: _____

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

State of California                                                          Department of Corrections and Rehabilitation

# Memorandum

Date:    May 5, 2007

To:      J. KIRK, V-58590
         HOUSING UNIT B2-108
         HIGH DESERT STATE PRISON

Subject:    **APPEAL LOG # HDSP-B-07-01464 (CDC1824)**
            **FIRST LEVEL RESPONSE**

APPEAL DECISION: Appeal is partially granted.

APPEAL ISSUE:     Inmate states he cannot stand or walk for long periods of time without
numbness in his arms and legs and his back locking up. He states he cannot walk because of
severe nerve damage. He claims an MRI shows 1st and 3rd ruptured discs that are pinching his
sciatic nerve, and that his deteriorating spine is twisted and has contusions and bone spurs. He
says he has had 2 operations. The inmate also states he is not getting his medications that were
prescribed by the doctor and the specialist. He doesn't have his cane, stomach brace, or egg
crate mattress. He says he is being forced to wear handcuffs in back and is being forced to
stand for long periods of time. He can't sleep and is unable to function in daily activities. He
says he suffers from severe pain which makes him want to lie in bed all day. Sometimes the
pain is much worse if the nerves in his spine are being pinched. This gives him muscle cramps
and twitches, which are uncomfortable.

The inmate is requesting a cane, egg crate mattress, his stomach support, and that he be sent to
a specialist about his upper spine. If he is asked to stand or sit for a long period of time he is
requesting a wheelchair. He also requests he receive his medications because he should not be
allowed to suffer nerve damage or involuntary muscle spasms, cramps, and twitches. He says
Motrin, Naproxen, and Tylenol do not help so he wonders why he is being given these
medications. He says that is what the doctor offered him. He states the doctor said he was fine
without even seeing his medical file. The previous medications he was taking were granted on
prior 602 appeals but now this doctor denied them. Five doctors said he had a hernia but this
doctor told him he does not.

APPEAL RESPONSE: Mr. Kirk, in reaching a decision on your appeal, your CDC-1824, your
medical file, applicable sections of the California Code of Regulations (CCR) Title 15,
Departmental Operations Manual (DOM), and your interview with A. David, PA-C, on May 2,
2007, were reviewed and considered.

At this interview, Ms. David discussed your medical issues with you. You stated you
understand that she would need to review your prior unit health records, due to being unable to
find any x-rays or MRIs in his current volume, and any medical decisions would be based on
your previous records as well as your physical examination of May 2.

FIRSTLVL

J. KIRK, V-58590
HDSP-B-07-01464 (CDC.1824)
HIGH DESERT STATE PRISON

Page 2

After your examination, Ms. David found that her findings did not support your request for Vicoden or Methadone. However, you may continue your Neurontin while further evaluations are conducted. Additionally, she states you have been approved for evaluation of your cervical spine by a neurosurgeon. Physical findings do not support an egg crate mattress, a wheelchair or a cane at this time and they are not medically indicated.

Ms. David states she had great difficulty understanding the 602 submitted by you, therefore, her responses during the interview were based on requests discussed with you at the time of your interview and the physical examination of May 2, 2007.

A review of the High Desert State Prison list for inmates with Test of Adult Basic Education Reading Scores of 4.0 or less indicates that your Reading Grade Point Level (RGPL) is above 4.0. A review of the HDSP "Assistive Device List" reveals that you do not require special accommodation to achieve effective communication. The method used to achieve effective communication was an oral interview using normal conversational tones. Your personal interaction with the interviewer, A. David, PA-C, and the detail with which you were able to restate the discussion in your own words as well as your mannerisms established certainty that effective communication was achieved.

Based on the information above your appeal is partially granted. You have been prescribed medication for pain and have been referred to a neurosurgeon.

If you are dissatisfied with this response, you may appeal to second level appeals by following the directions located on the front of your CDC-1824, inmate appeal form.

M. Muller NP POC

M. Miller, NP
Provider On Call
High Desert State Prison

c:    Central File
      Appeal File
      Medical Appeal File

State of California                                                    Department of Corrections and Rehabilitation

# Memorandum

Date:    June 1, 2007

To:    J. KIRK, V-58590
       HOUSING UNIT D6-123
       HIGH DESERT STATE PRISON

Subject:    **APPEAL LOG # HDSP-B-07-01464 (CDC1824)**
            **SECOND LEVEL RESPONSE**

APPEAL DECISION: Appeal is partially granted.

APPEAL ISSUE:    It is the position of the inmate that he cannot stand or walk for long periods of time without numbness in his arms and legs and his back locking up. He states he cannot walk because of severe nerve damage. He claims an MRI shows 1st and 3rd ruptured discs that are pinching his sciatic nerve, and that his deteriorating spine is twisted and has contusions and bone spurs. He says he has had 2 operations. The inmate also states he is not getting his medications that were prescribed by the doctor and the specialist. He doesn't have his cane, stomach brace, or eggcrate mattress. He says he is being forced to wear handcuffs in back and is being forced to stand for long periods of time. He can't sleep and is unable to function in daily activities. He says he suffers from severe pain, which makes him want to lie in bed all day. Sometimes the pain is much worse if the nerves in his spine are being pinched. This gives him muscle cramps and twitches, which are uncomfortable.

The inmate is requesting a cane, eggcrate mattress, his stomach support, and that he be sent to a specialist about his upper spine. If he is asked to stand or sit for a long period of time he is requesting a wheelchair. He also requests he receive his medications because he should not be allowed to suffer nerve damage or involuntary muscle spasms, cramps, and twitches. He says Motrin, Naproxen, and Tylenol do not help so he wonders why he is being given these medications. He says that is what the doctor offered him. He states the doctor said he was fine without even seeing his medical file. The previous medications he was taking were granted on prior 602 appeals but now this doctor denied them. Five doctors said he had a hernia but this doctor told him he does not.

At the second level, the inmate states that at his interview on May 2, 2007, he was barely allowed to talk. He claims that Ms. David did take reprisal against him, stating that "if he didn't file so many appeals she would have time to deal with his medical problems". The inmate states that his medications, medical supplies, x-rays, MRI and all should be in his medical record. He doesn't know what medical file Ms. David was looking at when she told him these were not medically indicated because all his medical history is in his medical file. He again states that Ms. David is not giving him what he needs as reprisal for submitting so many appeals. He states he is only getting Neurontin, but what about his Soma, Vicodin, stool softener, Tagamet, and suppositories. He states he does not have bowel movements for weeks at a time.

FIRSTLVL

J. KIRK, V-58590
HDSP-B-07-01464 (CDC1824)
HIGH DESERT STATE PRISON

Page 2

APPEAL RESPONSE: Mr. Kirk, in reaching a decision on your appeal, your CDC-602, your medical file, applicable sections of the California Code of Regulations (CCR) Title 15, Departmental Operations Manual (DOM), and your interview with A. David, PA-C, on May 2, 2007, were reviewed and considered.

At this interview, you stated that you understood Ms. David would have to review your prior records before making any medical decisions regarding your care. On examination, she did not find anything supporting your request for Vicodin or Methadone, however, she did continue your Neurontin while further evaluations are conducted. Your referral for the neurosurgery consultation has been approved. Physical findings did not support an eggcrate mattress, wheelchair, or a cane as they are not medically indicated at this time.

Ms. David stated that she had difficulty understanding the 602 issues, therefore, her responses were based on your discussion with her at that time and the physical examination of May 2, 2007. You were prescribed medication for pain and were referred to a neurosurgeon.

At the second level, the response is essentially the same as at first level. A review of your unit health record shows that the referral to the neurosurgeon was approved on May 2, 2007, and was forwarded to the Specialty Clinic for scheduling. You were seen again on June 1, and given Neurontin and Motrin, and Colace for your constipation.

A review of the High Desert State Prison list for inmates with Test of Adult Basic Education Reading Scores of 4.0 or less indicates that your Reading Grade Point Level (RGPL) is above 4.0. A review of the HDSP "Assistive Device List" reveals that you do not require special accommodation to achieve effective communication. The method used to achieve effective communication was an oral interview using normal conversational tones. Your personal interaction with the interviewer and the detail with which you were able to restate the discussion in your own words, as well as your mannerisms, established certainty that effective communication was achieved.

Based on the information above your appeal is partially granted. You are being scheduled for a consultation with a neurosurgeon for evaluation of your cervical spine. Your unit health record has been reviewed and you have been given pain medications and prescribed stool softeners. You have not given substantial evidence to support your claim that Ms. David is doing any reprisals against you for filing appeals.

J. KIRK, V-58590
HDSP-B-07-01464 (CDC1824)
HIGH DESERT STATE PRISON

Page 3

If you are dissatisfied with this response, you may appeal to the Director's level by following the directions located on the front of your CDC-602, inmate appeal form.

S. M. Roche, MD
Chief Medical Officer
High Desert State Prison

c:    Central File
      Appeal File
      Medical Appeal File

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION



Date:  JUL **0 3** 2007

In re:  Kirk, V-58590
High Desert State Prison
P.O. Box 270220
Susanville, CA 96127

IAB Case No.: 0616073        Local Log No.: HDSP 07-01464

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner B. Sullivan, Staff Services Manager I. All submitted documentation and supporting arguments of the parties have been considered.

**I  APPELLANT'S ARGUMENT:** It is the appellant's position that he cannot stand or sit for long periods of time. He says he has numbness in his arms and legs and his back locks up and he cannot walk. He states that he is not receiving any medications that were prescribed by the doctors and specialists. He says he does not have his cane, his stomach brace, or his eggcrate mattress. He believes that Ms. David is not giving him what he needs as reprisal for submitting so many appeals. He asks for a cane, an eggcrate mattress, stomach support, and to be sent to a specialist. He asks for a wheelchair and his medications.

**II  SECOND LEVEL'S DECISION:** The reviewer found that the appellant's interview with A. Davis, Physician's Assistant (PA) at the High Desert State Prison (HDSP) showed that her findings did not support the appellant's request for Vicodin or Methadone; however, she did continue the appellant on Neurontin. His referral for the neurosurgery consultation has been approved. Physical findings did not support an eggcrate mattress, wheelchair, or a cane as they are not medically indicated at this time. The appellant was recently seen on June 1, 2007 and given Neurontin, Motrin, and Colace. He is being scheduled for a consultation with a neurosurgeon for evaluation of his cervical spine. He has been prescribed pain medications and stool softeners. He has not given substantial evidence to support his claim that PA David is doing any reprisals against him for filing appeals. The appeal is granted in part at the Second Level of Review.

**III  DIRECTOR'S LEVEL DECISION:** Appeal is denied.

**A.  FINDINGS:** At the Director's Level of Review, the appellant says that his Unit Health Record would show all his past chronos for a cane, eggcrate mattress, Vicodin, and staff letters from the Bakersfield specialist that he saw.

While the appellant might disagree with the medical opinions of the doctors and specialists at HDSP who have examined him and reviewed his Unit Health Record, he must realize that medical diagnosis and treatment recommendations can vary between facilities, specialists, and physicians throughout the CDCR. A doctor or specialist in Bakersfield may have a different medical opinion than a doctor at HDSP. The appellant has not been approved for the accommodations he requested. After considering the evidence and arguments herein, it has been determined that staff acted appropriately on the appellant's request.

**B.  BASIS FOR THE DECISION:**
Armstrong v. Davis Court Ordered Remedial Plan: ARPI, ARPII.A, ARPII.F
California Code of Regulations, Title 15, Section: 3270, 3350, 3354

**C.  ORDER:** No changes or modifications are required by the institution.

KIRK, V-58590
CASE NO. 0616073
PAGE 2

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:    Warden, HDSP
       Health Care Manager, HDSP
       Appeals Coordinator, HDSP
       Medical Appeals Analyst, HDSP

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region  Log No.  Category
1. HDSP B   1. 07-1402   Medication
2. _____   2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | | UNIT/ROOM NUMBER |
|------|--------|-----------|---|-----------------|
| KiRK | V-58590 | 62 S88 | D 6-123 | |

A. Describe Problem: on or about 1-22-07 I was evaluated by miss Coleman with my medical file present after thearaly Reading my file she chose To Keep my medication at The same Dose as it Has Ben in The Past and to ad nexotin 3-Times Daily To The Vicodin 2-Tabs Daily Soma 2-Tabs morning 1-Tab afternoon 1-at night and stated To me That I was a good Candidet T To Hav a morphine Dripp put in me but they did not due That Hare so I Realy should Think about methedone as an alternative to the vicodin for a long preid of Pain meds She did this with my file in front of Hare I Returned To See Hare on or about 2-14-07 at wich Time she seen me with out my medical file with Just a print out of my past medication file Because it was only for a medication Re-

If you need more space, attach one additional sheet. file even after I explained To Hare That The medication I

B. Action Requested: Eather my meds are changed Back To what I was breiving or That I Receive morphine Tabs 2-30 in morning 2-at night are Im Tried on methedone That This be done as Soon as possible I was sentenced To 9-years not cruel and unushual punishment, That my administrative remedys Be appeied

Inmate/Parolee Signature: John M Kirk    Date Submitted: 2-20-07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: Partial granted
On 8 mar 07 You went sent out to medical for pain management & Review. Those recommendations will be review by the "Return from medical" medical staff. These are board certified & are able to Evaluate & interpet These recommendatory

Staff Signature: _____    Date Returned to Inmate: 3-8-07

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

On 3-8-07 a specialist in Bakersfield recomended I receive Morphine 2-Times a Day and my regular dosly nabotim and Soma I would like to know what this review boads describen was because I'm not receiving any of my meds I would like my medication under 30845, f,f3, this appeal should of noviate been sent to me it should of been took care of gout law

Signature: John M Kirk    Date Submitted: 4-5-07

Note: Property/Funds appeals must be accompanied by a completed    Rules regulations
Board of Control Form BC-1E, Inmate Claim    CDC Appeal Number: _____

APR 0 9 2007    JUN 0 7 2007

HDSP

First Level     ☐ Granted    ☒ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: __4-10-07__    Due Date: __5-21-07__

Interviewed by: _____

_____

_____ A. David, PA-C on May 2, 2007 _____

_____ See Attached _____

Staff Signature: _____    Title: __PA__    Date Completed: __5-25-07__

Division Head Approved:
Signature: __Reid__    Title: __FNP POC__    Returned Date to Inmate: __5-25-07__

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

3350.(a)(1)(4)(5) Clearly States To alleviate Severe Pain and my medical chart Shows a Specilist States I need morphine articulation of my medical charts A. David's avaluation of me was Rude Dis.Respectfull Refered To Evon allow me To Talk I'm recieving a low Dose of narotin when I was Taken Some vicodin and She States it's not medically indecated Then why was I recieving

Signature: __John W Kirk__    Date Submitted: __6-5-07__

Second Level    ☐ Granted    ☒ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: __6-7-07__    Due Date: __7-6-07__

☐ See Attached Letter

Signature: __Deluty Medical Appeals__    Date Completed: __7/6/07__

Warden/Superintendent Signature: __Dorothy Edwingly~__    Date Returned to Inmate: __7-06__

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

I'm Dissarsfied Based on Second level Review F I'm still not Getting the right medication.

_____

Signature: __John W Kirk__    Date Submitted: __7-17-07__

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:   ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other _____
☐ See Attached Letter                                         Date: __OCT 1 9 2007__

CDC 602 (12/87)

1. am on Berley get's me threw the Day she turn's around and writtes
2. my med's for 1-to 2 Tabs 2-Time's Daily and Soma 1-Tab 2-Time's Daily  *(Vicoden)*
3. my medical problem's havent got any Better if the med's I was on
4. Before was only getting me threw the Day then why would less Be
5. the atentitive especily when I was gave more wen she was looking
6. at my medical chart, I've got aproxmently 3-to 5 medical complaints
7. in at this time why I Hafta keep going threw pain suffering and mental  *(anguish)*
8. aqwensh is cause me But every time this Happens I Hafta write a 602
9. then By the time it is Hred and Dealt with even if it is granted
10. and I get my pills still the Damege is sixepairable and it just Keep's
11. Happening nothing Has changed for the Better it's only gona get
12. worst= my medical conditions inted I Hafta Be operated on So why
13. Due I Hafta suffer ??? now that Im only Receiving my pill's
14. 2-Time's a Day By the time the next Doe's come's Im in so much
15. Pain that I stay in pain
16.
17. next Page
18. all these meds she Refused to give me any medical that I Have Had and
19. Ben on since my last prison now I'm not getting no meds why

State of California

Department of Corrections and Rehabilitation

# Memorandum

Date:    May 19, 2007

To:    J. KIRK, V-58590
HOUSING UNIT B2-108
HIGH DESERT STATE PRISON

Subject:    **APPEAL LOG # HDSP-B-07-01402
FIRST LEVEL RESPONSE**

APPEAL DECISION: Appeal is partially granted.

APPEAL ISSUE:    It is the position of the inmate that he was seen at his previous institution in January 2007. The doctor decided to keep him on his same dose of medications (Vicoden and Soma) and to add Neurontin. He states the doctor told him he was a good candidate for Morphine drip, but since they did not prescribe Morphine she advised him to think about Methadone as an alternative to using Vicoden for a long period of time. He states that he saw the doctor again in February, and although he explained to her that his current medications barely got him through the day, she changed the dosage on his Vicoden and Soma. The inmate states that he has 3-5 medical complaints at this time and is suffering pain and mental anguish. He states that his medical condition is only going to get worse until he needs an operation.

The inmate states that he was seen by a specialist for pain management in Bakersfield on March 8, 2007, who recommended that he be given Morphine and Neurontin and Soma. He states he was told the medical staff would review and evaluate these recommendations. He states that he has not been receiving any of his medications.

On appeal, the inmate requests that he be told the results of the pain management specialist and that he be given his medications.

APPEAL RESPONSE: Mr. Kirk, in reaching a decision on your appeal, your CDC-602, your unit health record, applicable sections of the California Code of Regulations (CCR) Title 15, Departmental Operations Manual (DOM), and your interview with A. David, PA-C, on May 2, 2007, were reviewed and considered.

At this interview, Ms. David stated she discussed your 602 requests and performed a complete examination of your spine and back. She stated that neither these physical findings nor the medical documentation available to her in Volume 6 of your unit health record supported your request for Morphine or Methadone for pain management. She stated that these remedies are not medically indicated at this time. Ms. David stated that you understood that your medical history (the prior 5 volumes of your unit health record) will have to be reviewed. However, she stated that you were approved on May 2, 2007, for a neurosurgery consultation for further evaluation of your medical issue. In the meantime, she has consulted with Dr. James and they

FIRSTLVL

J. KIRK, V-58590
HDSP-B-07-01402
HIGH DESERT STATE PRISON

Page 2

have agreed to continue you on your current dosage of Neurontin pending these evaluations, and have ordered a follow-up appointment in the yard clinic.

Be advised that Ms. David stated that she had difficulty both reading and understanding your written appeal requests and that her medical decisions were based on your "verbal" requests at this interview.

A review of the High Desert State Prison list for inmates with Test of Adult Basic Education Reading Scores of 4.0 or less indicates that your Reading Grade Point Level (RGPL) is above 4.0. A review of the HDSP "Assistive Device List" reveals that you do not require special accommodation to achieve effective communication. The method used to achieve effective communication was an oral interview using normal conversational tones. Your personal interaction with the interviewer and the detail with which you were able to restate the discussion in your own words, as well as your mannerisms, established certainty that effective communication was achieved.

Based on the information above your appeal is partially granted. Your current dosage of Neurontin will be continued pending results from evaluation of your entire unit health record and the neurosurgeon and you have been scheduled for a follow-up clinic appointment.

If you are dissatisfied with this response, you may appeal to second level appeals by following the directions located on the front of your CDC-602, inmate appeal form.

Reid FNP Poc

B. Reid, Nurse Practitioner
Provider On Call
High Desert State Prison

c:    Central File
      Appeal File
      Medical Appeal File

State of California                                                            Department of Corrections and Rehabilitation

# Memorandum

Date:    July 6, 2007

To:      J. KIRK, V-58590
         HOUSING UNIT B2-108
         HIGH DESERT STATE PRISON

Subject:    **APPEAL LOG # HDSP-B-07-01402**
            **SECOND LEVEL RESPONSE**

            APPEAL DECISION: Appeal is partially granted.

            APPEAL ISSUE:    It is the position of the inmate that he was seen at his previous institution
            in January 2007.  The doctor decided to keep him on his same dose of medications (Vicoden
            and Soma) and to add Neurontin.  He states the doctor told him he was a good candidate for
            Morphine drip, but since they did not prescribe Morphine she advised him to think about
            Methadone as an alternative to using Vicoden for a long period of time.  He states that he saw
            the doctor again in February, and although he explained to her that his current medications
            barely got him through the day, she changed the dosage on his Vicoden and Soma.  The inmate
            states that he has 3-5 medical complaints at this time and is suffering pain and mental anguish.
            He states that his medical condition is only going to get worse until he needs an operation.

            The inmate states that he was seen by a specialist for pain management in Bakersfield on
            March 8, 2007, who recommended that he be given Morphine and Neurontin and Soma.  He
            states he was told the medical staff would review and evaluate these recommendations.  He
            states that he has not been receiving any of his medications.

            On appeal, the inmate requested that he be told the results of the pain management specialist
            and that he be given his medications.

            At the first level, the inmate was seen by Ms. David, who discussed his 602 requests and
            performed a complete examination of his spine and back.  She stated that neither these physical
            findings nor the medical documentation in his unit health record supported his request for
            Morphine or Methadone for pain management, and that these remedies were not medically
            indicated at that time.  She stated that he understood that his medical history would be
            reviewed and that he had been approved for a neurosurgery consultation for further evaluation
            of his medical issue.  After consulting with Dr. James, it was decided to continue the inmate on
            his current dosage of Neurontin pending these evaluations, and a follow-up clinic appointment
            was ordered.

J. KIRK, V-58590
HDSP-B-07-01402
HIGH DESERT STATE PRISON

Page 2

Ms. David stated that she had difficulty reading and understanding the inmate's written appeal requests and based her decisions on his "verbal" requests at the time of the interview.

At the second level, the inmate states his medical chart shows he needs a Morphine evaluation. He states that Ms. David was rude and disrespectful, and refused to allow him to talk. He questions why he was receiving these medications at his last prison if she thinks they are not medically indicated.

APPEAL RESPONSE: Mr. Kirk, in reaching a decision on your appeal, your CDC-602, your unit health record, applicable sections of the California Code of Regulations (CCR) Title 15, Departmental Operations Manual (DOM), and your interview with A. David, PA-C on May 2, 2007, were reviewed and considered.

A review of your unit health record shows that you were seen for a neurosurgery consultation on June 21 and had the recommended x-rays done on June 25, 2007. You will be scheduled for a follow-up in your yard clinic to discuss these results. You are currently receiving your prescribed medications.

Be advised that a member of the health care staff must prescribe all inmate medical care and that such care and treatment is dictated by the problems and symptoms presented to and evaluated by the primary care provider. It is the primary care provider who determines what is medically necessary. In addition, you have not shown sufficient evidence that Ms. David acted outside her scope of licensure, that her actions were unprofessional, or that she acted with malice towards you.

A review of the High Desert State Prison list for inmates with Test of Adult Basic Education Reading Scores of 4.0 or less indicates that your Reading Grade Point Level (RGPL) is above 4.0. A review of the HDSP "Assistive Device List" reveals that you do not require special accommodation to achieve effective communication. The method used to achieve effective communication was an oral interview using normal conversational tones. Your personal interaction with the interviewer and the detail with which you were able to restate the discussion in your own words, as well as your mannerisms, established certainty that effective communication was achieved.

Based on the information above your appeal is partially granted. You have been seen by the neurosurgery consultant, had x-rays taken, and will be scheduled for a follow-up with your primary care provider to discuss these results and further treatment options.

J. KIRK, V-58590
HDSP-B-07-01402
HIGH DESERT STATE PRISON

Page 3

If you are dissatisfied with this response, you may appeal to the Director's level by following
the directions located on the front of your CDC-602, inmate appeal form.

Dorothy Edward, MD
Chief Physician & Surgeon
For Dr. Roche.

S. M. Roche, MD
Chief Medical Officer
High Desert State Prison

c:    Central File
      Appeal File
      Medical Appeal File

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date: **OCT 1 9** 2007

In re:    John Kirk, V58590
High Desert State Prison
P.O. Box 270220
Susanville, CA 96127

IAB Case No.: 0702548            Local Log No.: HDSP-07-01402

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner V. O'Shaughnessy. All submitted documentation and supporting arguments of the parties have been considered.

**I    APPELLANT'S ARGUMENT:** It is the appellant's position that he is experiencing severe pain and mental anguish. He saw a specialist for pain management in Bakersfield on March 8, 2007, who recommended that he be given Morphine, Neurontin and Soma. The appellant states he was told the medical staff would review and evaluate these recommendations. He states that he has not been receiving any of his medications. At the second level, the appellant stated his unit health record indicates he needs a Morphine evaluation. He states that during the first level interview and complete evaluation, Ms. David was rude and disrespectful and refused to allow him to talk. The appellant questions why he was receiving these medications at his last prison if they are not medially indicated.

The appellant is requesting that he be told the results of the pain management evaluation and that he be given his medications.

**II    SECOND LEVEL'S DECISION:** The reviewer found that the appellant was seen at the first level interview and examination by Ms. David, who discussed his 602 requests and performed a complete examination of his spine and back. She stated that neither his physical findings nor the medical documentation in his unit health record supported his request for Morphine or Methadone for pain management, and that these remedies were not medically indicated at this time. She stated that she understood that his medical history would be reviewed and that he had been approved for a neurosurgery consultation for further evaluation of his medical issues. After consulting with Dr. James, it was decided to continue the inmate on his current dosage of Neurontin pending these evaluations, and a follow-up clinic appointment was ordered.

The appellant was seen for a neurosurgery consultation on June 21, 2007 and had the recommended x-rays on June 25, 2007. The appellant will be scheduled for a follow-up in his yard clinic to discuss these results. The appellant is currently receiving his prescribed medications. The appellant was advised that a member of the health care staff must prescribe all inmate medical care and that such care and treatment is dictated by the problems and symptoms presented to and evaluated by the primary care provider. It is the primary care provider who determines what is medically necessary. In addition, the appellant has not shown sufficient evidence that Ms. David acted outside her scope of licensure, that her actions were unprofessional, or that she acted with malice towards the appellant.

The appeal is granted in part at the Second Level of Review (SLR).

**III    DIRECTOR'S LEVEL DECISION:** Appeal is denied.

> **A. FINDINGS:** The Director's Level of Review reviewed the appellant's appeal complaint, the SLR response and contacted the institution health care staff for further information. Staff report that the cervical spine x-ray report, dated June 25, 2007, indicates there is no instability. The disc spaces and vertebral bodies appear intact. The x-ray report, dated June 25, 2007, of the lumbar spine indicates the disc spaces and vertebral bodies appear intact. There are some degenerative changes of the lower thoracic spine. Flexion and extension views show no instability. Staff stated that now the x-rays are completed, the appellant may be referred for a neurosurgery consult, if deemed appropriate by the appellant's treating physician.

JOHN KIRK, V58590
CASE NO. 0702548
PAGE 2

The appellant is reminded that outside consultants can only make recommendations to the treatment plan. It is ultimately the institution licensed health care providers who determined whether to accept the recommendations.

The appellant's issues were addressed at the SLR. No modification to the SLR is warranted.

**B. BASIS FOR THE DECISION:**
California Code of Regulations, Title 15, Section: 3350, 3354

**C. ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:     Warden, HDSP
        Health Care Manager, HDSP
        Appeals Coordinator, HDSP
        Medical Appeals Analyst, HDSP



# PAIN INSTITUTE OF CALIFORNIA, INC.

### SPINE SPECIALISTS

*9300 Stockdale Hwy., Suite 100 * Bakersfield, CA 93311*
*Tel (661) 665-7880 * Fax (661) 665-7881*

#### OPERATIVE REPORT

**PATIENT:**          KIRK, JOHN          V58590
**PATIENT ID:**       13646
**DATE OF BIRTH:**    11/23/64
**DATE OF PROCEDURE:** 3/15/06
**PROCEDURE:**        #1    Single injection, Lumbar Epidural Local Anesthetic and Steroid Injection
                      #2    Fluoroscopic Guidance for Spine Injection

**ANESTHESIA:** Monitored Anesthesia Care by Surgeon
**RN:**  Sandy Hall
**RADIOLOGICAL TECH:** Arturo Palencia, M.D.
**SURGICAL TECH:**  Dea Smith
**PRE OPERATIVE DIAGNOSIS:**  Degenerative disk disease, L5-S1
**POSTOPERATIVE DIAGNOSIS:**  SAME
**REFERRAL SOURCE:**  NONE
**COMMENTS:** The patient is a 41-year-old male scheduled for epidural injection. This is second of the series. Previous epidurals gave 10-20% relief and increase in activities. Side effects reported: none. The procedure is deemed medically necessary since the patient has received anti-inflammatories, opioids and continues to have significant pain.

*A history and physical examination has been previously obtained. Allergies were noted and any possible anti-coagulating medications have been discontinued. A booklet entitled "Epidural Steroid Injection"describing the procedure in detail including limitations and possible complications has been reviewed by the patient prior to signing the informed consent. The patient understands and wants to have the procedure performed.*

**PROCEDURE:** An IV heplock was inserted in the pre-op areas and the patient was brought to the fluoroscopy suite. Monitors for blood pressure, O2 saturation and EKG were applied. The patient was placed in a prone position and the area of needle entry was identified under fluoroscopy and marked on the skin. The skin was then prepped three times with Betadine solution. For sedation, the patient was given the following IV: 1 mg of Midazolam. The marked skin site and underlying subcutaneous tissue was anesthetized with 1% Lidocaine. A 20-gauge Tuohy needle was slowly inserted under AP fluoro guidance towards the right side of the L5-S1 level. Upon encountering the ligamentum flavum, a pulsator syringe was attached and with the loss of resistance technique, the needle was advanced into the epidural space. There was no CSF or heme noted after the pulsator syringe was disconnected. Thereafter, 2-3 ml of Omnipaque 300 was slowly injected showing adequate spread in the epidural space confirmed by an AP and lateral fluoroscopic view. Thereafter, 3-4 ml of solution 80mg Depo-Medrol with 1% Lidocaine was injected slowly through the epidural needle. The patient was observed for any signs of intrathecal or intravascular injection. Thereafter, the needle was withdrawn and a sterile bandage applied.

*The patient tolerated the procedure well and was carefully wheel chaired to the recovery room in stable condition.*

*Monitors were applied in PAR where patient was observed for 20-25 minutes. After meeting the discharge criteria, the patient was discharged home with the designated driver. VAS prior to procedure was 10/10 and on discharge was 1/10. Post procedure instructions were given.*

**PLAN:**        Follow up visit to determine result of epidural

Arturo Palencia M.D.

POSP
3/17/06

# James Carter Thomas, MD, APC
1122 North Irwin Street
Hanford, CA 93230
559-584-4427

Patient:   Kirk, John
ID:        V58590-D4                                          Date of Service:  02/22/2007
DOB:       11/23/1967

Referring physician:  Dr. Supit

MRI of cervical spine:          February 16, 2007.

Sagittal and axial images of the cervical spine are submitted in multiple sequences. The cervical
cord contains a high signal structure in the central portion suggesting a hydromyelia. This is at
the region of C7. Signal in the cord is otherwise unremarkable. Signal in the intervertebral discs
also appears within normal limits. Hypertrophic spurring is seen at C3-C4 to the left of midline,
this is moderately narrowing the neural foramen at that level. Other neural foramina appear
patent. There is no evidence of disc herniation. No bony injury is seen.

Impression:

Hydromyelia rule out syringomyelia.
Narrowing of the neural foramen at C3-C4 on the left hypertrophic spurs.

**Document authenticated by James Carter Thomas, M.D. on 02/22/2007 14:07:23 ET.**

Consultation                                                                    Page 1 of 1

#3.

09/28/2006  05:42   1661802860          TOG

Medical Group Centennial

1290

# PAIN INSTITUTE OF CALIFORNIA, INC.
### SPINE SPECIALISTS

TIME IN:
TIME OUT:

**FOLLOW-UP NOTE**

**Date:**  09-22-2006
**Patient Name:** Kirk, John
**DOB:**  11-23-1964
**ACCT#:**  13646

Current medications: _Soma 350 mg Vicodin 500 mg_
_nidoTin - 600 mg_
How much pain relief have you obtained?

☐10-20%  ☐20-40%  ☒40-60%  ☐60-80%  ☐80-100%
Are you able to sleep better?

☒Yes   ☐ No
Are you having any side effects from the medications you are receiving from us?

☐ Yes   ☒ No
If yes, please specify: _____

**DO NOT FILL OUT BELOW THIS LINE. OFFICE USE ONLY**

BP: 132/85   HR: 105   TEMP: 98.2   WT: 195   O₂%  - 98

**Subjective:**
Mr./Ms. _____ Returns to the clinic today. It has been ___ week(s) since he/she was last seen.
The Patient was last seen 9/2/06. The Patient with LBP radiate
® LE. He received LESI, medica provide good relief on
® Sided Pain. now experiencing more ® Sided Pain.
**Interim History:**

**Objective:**
— A/P  OB3  tenderness L4-5 and L5-S1

**Assessment:**
Diagnosis(s):
1. _Lumbar DDD_          2. _LBP_          3. _Lumbar radiculopathy_
4. _____          5. _____          6. _____
**Medical decision making:**

MRI review  ☐ Yes ☐ No      New Findings: _____

**Plan:**
— _LESI_
— _Continue Vicodin Same dose._
— _Soma 350 mg ③ Q-D._

Arturo Palencia, M.D.      Rajiv Parti, M.D.      Afaq Kazi, M.D.      Elena Lewis, FNP

1*5137*2006-09-22*218*0*NOSIG*1*1

# PLEASANT VALLEY STATE PRISON

P.O. Box 8500
Coalinga, CA 93210

_____RADIOLOGY REPORT_____

**Patient Name:**  KIRK, John [V58590]
**Date of Service:**  10/06/05
**Date of Birth:**  11/23/60

**To:**  Doctor Coleman

**Procedure:**  *X-ray of Cervical Spine [five views]*

**Indication:**  None available.

**Protocol:**  The AP, AP odontoid, lateral, and two oblique radiographs of the cervical spine are presented.

**Findings:**  Mild dextroconvex scoliosis is appreciated. Anterior angulation of the cervical spine complex is noted. Otherwise, there is no evidence for acute displaced fracture or dislocation. The vertebral body statures and the intervertebral disc spaces are well maintained. The bony structures are normally mineralized. The right neural canals are patent. The left neural canals are not adequately visualized.

**Impression:**
1. Mild dextroconvex scoliosis.
2. Anterior angulation of the entire cervical spine complex.

Thank you for the opportunity to assist you with the care of your patient.

Mario Deguchi, M.D.
Diplomate of the American Board of Radiology
MD:jjz

dd:    11/17/05
dt:    11/17/05

#5

# PLEASANT VALLEY STATE PRISON

**P.O. Box 8500**
**Coalinga, CA 93210**

## RADIOLOGY REPORT

**Patient Name:**   KIRK, John [V58590]
**Date of Service:**   10/28/05
**Date of Birth:**   11/23/64

**To:**   Doctor Kushner

**Procedure:**   _MRI of the Lumbar Spine_   *C 2-129u*

**Indication:**   Chronic pain.

**Protocol:**   The MRI of the lumbar spine is presented in sagittal T1-weighted and T2-weighted sequences. Oblique axial T1-weighted and T2-weighted sequences parallel to the intervertebral discs are available from the L1 to S1 levels.

**Findings:**   The conus medullaris is not well visualized. There is no evidence for acute displaced fracture or dislocation. The vertebral body statures are well maintained. Desiccation of the intervertebral discs is visible from the L4 to the S1 levels. Minimal osteophytes are suspected. These findings are consistent with minimal degenerative disc disease.

At the L1-2 level, there is no evidence of posterior disc protrusion, spinal stenosis, significant narrowing of neural canals or definite impingement of the L1 nerve roots.

At the L2-3 level, there is no evidence of posterior disc protrusion, spinal stenosis, significant narrowing of neural canals or definite impingement of the L2 nerve roots.

At the L3-4 level, there is no evidence of posterior disc protrusion, spinal stenosis, significant narrowing of neural canals or definite impingement of the L3 nerve roots.

At the L4-5 level, posterior disc bulge is appreciated. Otherwise, there is no evidence for spinal stenosis. The neural canals are slightly narrowed without impingement of the L4 nerve roots.

At the L5-S1 level, posterior disc protrusion, measuring approximately 3 mm, is appreciated. Otherwise, there is no evidence for spinal stenosis. The neural canals are slightly narrowed without definite impingement of the L5 nerve roots. Increased fluid signal is present within the disc protrusion. This is consistent with fissure of anulus fibrosus. continued . . .

**Impression:**   Posterior disc protrusion, L5-S1, measuring approximately 3 mm, and fissure of anulus fibrosus.

Thank you for the opportunity to assist you with the care of your patient.

Mario Deguchi, M.D.
Diplomate of the American Board of Radiology
MD:jjz

**dd:**   11/01/05
**dt:**   11/02/05

*Put on Drs line*   N. KUSHNER, M.D.

R

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS & REHABILITATION

# HEALTH CARE SERVICES
# PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME Kirk, John | CDCR NUMBER V58590 | INSTITUTION PVSP |
|---|---|---|

| DATE OF BIRTH 11/23/64 | EPRD DATE 2013 | GENDER M |
|---|---|---|

PRINCIPLE DIAGNOSIS Chronic Back pain   ICD-9 CODE   CPT CODE(S)

REQUESTED SERVICE(S) Pain Mgmt F/u   # OF DAYS RECOMMENDED

Please circle all that apply: **Diagnostic/Procedure/Consultation**   **Outpatient/Inpatient**   **Initial/Follow-up**

Requested Treatment/Service is:   ~~EMERGENT~~   URGENT   (ROUTINE)

For the purpose of retrospective review, if emergent or urgent, please justify: _____

Proposed Provider: _____   Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity (briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant): _____

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE 2-18-06 |
|---|---|---|

| REQUESTING PHYSICIAN SIGNATURE | DATE 2/15/06 | Utilization management tracking #: 56-7873 |
|---|---|---|

| DATE OF CONSULTATION 8/3/06 | PRINTED NAME OF CONSULTANT AFAR A. Kozi MD. |
|---|---|

FINDINGS: The Patient was last seen 3/15/06. The Patient with LBP radiate (R) LE R7L.

exam: A/A OP 3 tenderness L4-5 and L5-S1 Ⓒ focal neurological deficit.

RECOMMENDATIONS: - LBP
- Continue Vicodin Same doses - Continue Neurontin
- D/C Baclofen - Soma 350mg ✓ QS

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE 8/3/06 | CDCR NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | Kirk |
| PCP SIGNATURE | DATE 3/06 | V58590 |

Attach Progress Note page for additional information.
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
UGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

11-23-64

PHYSICIAN REQUEST FOR SERVICES (RFS)   CDCR 7243 (Rev. 10/05)

CALIFORNIA
(Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☒ |
|---|---|---|---|---|

NAME *Kirk*

CDC NUMBER *V-58590*

HOUSING *D-4-130-L*

PATIENT SIGNATURE *John m Kirk*

DATE *2-12-07*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *Can you please Re-fill my meds I barley make it with them I Realy would have bad Time's without them, it's meds I've ben receiving for a long time so if you cant get me in to see the Doctor can you please at least have him write the prescription and how it filled intill I can see the Doctor. It's same 3-Times daily 2-Tab's mouning 1-afternoon 1-at night and vicodin 2-Tab's 3-Times daily and nexotin- 1-Tab 3-Times daily and residone*

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM* Zantac 150 mg 1-Time Daily

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: 2/13/07 | Received by: |
|---|---|
| Date / Time Reviewed by RN: 0730 | Reviewed by: |

S:

Pain Scale:   1   2   3   4   5   6   7   8   9   10

O:    T:        P:        R:        BP:              WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|

**CDC 7362 (Rev. 03/04)**    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

## D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____

_____.

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

_____.

(d) Issues raised: _____

_____

_____

_____

_____.

(e) Approximate date case was filed: _____.

(f) Approximate date of disposition: _____.

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

yes I wrote 602's all the way three) Administrative Remedeas which
was portly premitted which I review Recived and Doctor David
Stated Iwas not medicaly indecated which is false statement
Documentation ett cleanly Shows. I is medically indecated
Chief Director made Resishenes without any investigation

_____

_____

_____.

№ 162039

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME
Kirk

CDC NUMBER
V-58590

HOUSING
D-6-123-L

PATIENT SIGNATURE
John m Kirk

DATE
5-28-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I need a increase in my neulotin I need The Dosage upet I need something for pain Something To replace Soma and Vicdun would like a aids Test and u would like my Back Checked for Cancer need pemptime tagtment Back Spasm blood Sain cance Cleate defices bull/aff responsalegs Dry Skin

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

HEALTH CARE SERVICES REQUEST
CDC 7362 PAGE 2

# IMPORTANT INFORMATION ABOUT YOUR HEALTH CARE VISIT

### WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15,Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

an emergency.

a communicable disease (such as HIV, AIDS, and TB).

mental health services.

follow up health care services recommended by a doctor, nurse, or dentist.

health care services necessary to comply with State law and regulations (e.g., annual TB testing).

reception center screening and evaluation.

inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

№ 162098

**STATE OF CALIFORNIA**
**CDC 7362 (Rev. 03/04)**

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| KRK | V-58590 | D-6 123-L |

| PATIENT SIGNATURE | DATE |
|---|---|
| *[signature]* | 5-22-07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *I have not slept in more than 2 weeks. I've been taking stool softeners but don't help plus I'm in bad pain I need my actotin increased and somedian to help feel sick and depresen I'm in bad pain and Cant slit this is an going thing I really suffer*

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA.                                                    DEPARTMENT OF CORRECTIONS

HEALTH CARE SERVICES REQUEST
CDC 7362 PAGE 2

# IMPORTANT INFORMATION ABOUT YOUR HEALTH CARE VISIT

### WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15,Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

YOU WILL NOT BE CHARGED for health care visits that are for:

    an emergency.

    a communicable disease (such as HIV, AIDS, and TB).

    mental health services.

    follow up health care services recommended by a doctor, nurse, or dentist.

    health care services necessary to comply with State law and regulations (e.g., annual TB testing).

    reception center screening and evaluation.

    inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

№ 162079

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME

*Kirk*

CDC NUMBER

*J-58590*

HOUSING

*J-6-123-L*

PATIENT SIGNATURE

DATE

*5-20-07*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *I need my medication raised and I need something to replace soma and vicodin. I'm in back and pain and can't sleep I haven't had a bowel movement in atleast 2 weeks I've seen the R.n. she gave me stool softner but it won't work plus I need something for pain*

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS

HEALTH CARE SERVICES REQUEST
CDC 7362 PAGE 2

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

### WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15,Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

    an emergency.

    a communicable disease (such as HIV, AIDS, and TB).

    mental health services.

    follow up health care services recommended by a doctor, nurse, or dentist.

    health care services necessary to comply with State law and regulations (e.g., annual TB testing).

    reception center screening and evaluation.

    inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

**STATE OF CALIFORNIA**
CDC 7362 (Rev. 03/04)

Nº 162050

## HEALTH CARE SERVICES REQUEST FORM

**DEPARTMENT OF CORRECTIONS**

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME Kirk | CDC NUMBER V-58590 | HOUSING D-6-123-L |
|---|---|---|

PATIENT SIGNATURE *Adam M Kirk*    DATE 6-7-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I would like a Ads Test and I would like This Brown Spot on my Back Checkst for cancer

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

HEALTH CARE SERVICES REQUEST
CDC 7362  PAGE 2

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15,Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

        an emergency.

        a communicable disease (such as HIV, AIDS, and TB).

        mental health services.

        follow up health care services recommended by a doctor, nurse, or dentist.

        health care services necessary to comply with State law and regulations (e.g., annual TB testing).

        reception center screening and evaluation.

        inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES REQUEST FORM

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Kirk | V-58590 | D-6-226-L |

| PATIENT SIGNATURE | DATE |
|---|---|
| John M Kirk | 8-11-07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I Really need To See The Doctor On This requirement Im Realy Hailing a hard Time Can i you Please See me under 3354.(f)(1) and 3354.2 (A) under Emergence medical Care and 3350. (1)(H) and 5) of Title 15 Can you Please See me

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

## IMPORTANT INFORMATION ABOUT YOUR
## HEALTH CARE VISIT

### WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, YOU WILL BE CHARGED a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

YOU WILL NOT BE CHARGED for health care visits that are for:

an emergency.

a communicable disease (such as HIV, AIDS, and TB).

mental health services.

follow up health care services recommended by a doctor, nurse, or dentist.

health care services necessary to comply with State law and regulations (e.g., annual TB testing).

reception center screening and evaluation.

inpatient services, extended care, or skilled nursing services.

YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☒ |
|---|---|---|---|---|

NAME
Kirk John

CDC NUMBER
V-58590

HOUSING
D-6-123-L

PATIENT SIGNATURE
John M Kirk

DATE
6-7-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) Can I Please get a increase on my gabetin I was on 1200 mg 3 Times Daily Before I was on Soma and vicod and it was Helping me Can you Please at least increase up to 800 mg 2-Times are 1200 mg 2-Times daily that Helps me with my Sayaticha Nerve Back and legs

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

HEALTH CARE SERVICES REQUEST
CDC 7362  PAGE 2

## IMPORTANT INFORMATION ABOUT YOUR HEALTH CARE VISIT

### WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permiss: charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15, : has also been changed because of this law.

With some exceptions, YOU WILL BE CHARGED a five dollar ($5.00) copayment fee for each health care that you request. This includes requests made for you by departmental staff, other inmates, your family or attorney. If you request services that require more than one doctor, you will be charged for each initial visi each doctor. This means if you request dental services and medical services, you will be charged for the visu the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover presc medicines, laboratory tests, and referrals to other doctors.

YOU WILL NOT BE CHARGED for health care visits that are for:

an emergency.

a communicable disease (such as HIV, AIDS, and TB).

mental health services.

follow up health care services recommended by a doctor, nurse, or dentist.

health care services necessary to comply with State law and regulations (e.g., annual TB testing).

reception center screening and evaluation.

inpatient services, extended care, or skilled nursing services.

YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN Y? TRUST ACCOUNT TO PAY THE FEE.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): *To From Treating People With Ceule and unusheal punishment and To Stop lieing and give me my pain med's and medical suppleis that I Desekve*

2. Damages in the sum of $ *50,000* .

3. Punitive damages in the sum of $ _____ .

4. Other: *That the Courts make it a Stippelation that I get my opleplet med's and medical suppleis* .

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☐ Jury ☒ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below. Failure to either consent to proceed before a magistrate judge or request designation of a district judge will be deemed a consent to proceed before the magistrate judge.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

*1-20-08*
Date

*John Kirk*
Signature of Plaintiff

6 1983 SD Form

## HIGH DESERT STATE PRISON
## NOTIFICATION OF INDIGENT MAIL
### DIRECTOR RULES
#### (SUBCHAPTER 2, ARTICLE 4, SECTION 3134)

**INMATE NAME:**   KIRK, JOHN MICHAEL
**DATE REQUESTED:** 12/21/2007          **DATE RECEIVED:**   09/24/2007
**CDC #:**  V58590

**DATE SENT TO YARD:**  12/21/2007
**FACILITY:** B2 101L                      12/21/2007          **IE  20**
**COMPLETED BY:** ACCT-HB
                  Staff

**1.** Indigent inmate means an inmate who is wholly/totally without funds at the time they were eligible for withdraw of funds for Canteen (Title 15, Section 3000).

**2.** Inmates who wish to apply for Indigent Mail Status must submit a written request to the Mailroom monthly. Inmates are allowed to submit (1) request for indigent mail supplies, per calendar month. It is not necessary to send more than (1) request per month.

**3.** **Indigent envelopes are issued every thirty days**. Requests for indigent envelopes need to be received in the Mailroom at *least (2) days* before your issue date. Requests received after the issue date will be assigned a new issue date. **Requests will not be processed early.**

**4.** Inmates approved for indigent mail supplies will receive (20) envelopes once per month instead of (5) envelopes per week.

**5.** The Facility staff at the inmate's respective housing unit will supply writing paper for indigent inmates.

| JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|
|  |  |  |  |  | 06/18/07 |
| **JUL** | **AUG** | **SEP** | **OCT** | **NOV** | **DEC** |
| 07/23/07 | 08/21/07 | 09/24/07 | 10/22/07 | 11/20/2007 | 12/21/2007 |

**N. E. MEANS NOT ELIGIBLE  BECAUSE  FUNDS AVAILABLE OR HAD TRUST WITH DRAWAL IN LAST 30 DAYS.**

To apply for more envelopes, complete and forward the bottom portion of this form

## CHECKLIST FOR 1983 COMPLAINTS

**Plaintiff or plaintiff's counsel should ensure that the complaint contains the following:**

_____ 1. A short and concise statement of the basis of the Court's subject matter jurisdiction.

_____ 2. If brought as a class action, allegations that meet the requirements of Fed. R. Civ. P. 23, and any applicable local court rule.

_____ 3. A reference to § 1983.

_____ 4. Allegations clearly specifying if relief is sought against a particular official in an individual or official capacity, or in both capacities.

_____ 5. Factual allegations supporting the assertions that each defendant:

_____ (a) acted under the color of state law, and

_____ (b) engaged in conduct that was the proximate cause of the violation of the plaintiff's federally protected rights

_____ 6. Specific allegations supporting any claim of conspiracy or joint action.

_____ 7. If the plaintiff seeks to recover damages against an official in an individual capacity, specific factual allegations showing that recovery is not defeated by absolute or qualified immunity.

_____ 8. If municipal liability is sought to be established, allegations supporting a municipal policy or practice that was the proximate cause of the violation of the plaintiff's federally protected rights.

_____ 9. Reference to the specific federal constitutional or statutory rights claimed to have been violated.

_____ 10. Reference to state law claims asserted under "supplemental" jurisdiction.

_____ 11. If prospective releif is sought, factual allegations supporting the assertion that the plaintiff faces realistic probability of the type of future injury contested in the complaint.

_____ 12. Factual allegations supporting a claim for punitive damages.

_____ 13. A prayer for each form of relief requested

_____ 14. A prayer for attorney's fees pursuant to 42 U.S.C. § 1988(b).

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

John michael Kirk

**PLAINTIFF or PETITIONER**

v.

folkrk

**Defendant or Respondent**

**Case Number:**

## PROOF OF SERVICE

_____,

I hereby certify that on _1-28_ , 20_08_, I served a copy
of the attached _Civil Rights Act 42 U.S.C. 1983_ _____, by placing a copy in
a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope
in the United States Mail at _High Desert State Prison_ :

I declare under penalty of perjury that the foregoing is true and correct.

John m Kirk

049820465?!

$02.160
01/30/2008
Mailed From 96127
US POSTAGE

neopost™



HIGH DESERT STATE PRISON

John Michael Kirk
V-58590 B-4-117
P.O. Box 3030
Susanville Ca 96130
H.D.S.P.

RECEIVED
FEB - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

united states District
450 Golden gate Ave
San Fransisco Ca
94102

B4.

STATE PRISON

KINGSLEY 1-29-08