```
                                                    FILED
                                              08 MAR -7 PM 4:44
 1
 2                                              U.S. DISTRICT COURT
 3                                              OF CALIFORNIA
 4
 5
 6                                                                        SI
 7
 8                    UNITED STATES DISTRICT COURT                   (PR)
                      NORTHERN DISTRICT OF CALIFORNIA
 9                                              CV 08            0805
10      John Michael Kirk          )
11                    Plaintiff,   )    CASE NO. _____
12         vs.                     )    PRISONER'S
        Warden Felker              )    APPLICATION TO PROCEED
13      DiR Coe GRannis            )    IN FORMA PAUPERIS
14      DR Jones      Defendant.   )
        DR. David                  )
15
```

16      I, _John Michael Kirk_, declare, under penalty of perjury that I am the

17 plaintiff in the above entitled case and that the information I offer throughout this application

18 is true and correct. I offer this application in support of my request to proceed without being

19 required to prepay the full amount of fees, costs or give security. I state that because of my

20 poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21 entitled to relief.

22       In support of this application, I provide the following information:

23 1.    Are you presently employed? Yes ____ No _X_

24 If your answer is "yes," state both your gross and net salary or wages per month, and give the

25 name and address of your employer:

26 Gross: _____ Net: _____

27 Employer: _____

28 _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received. (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _none_____

5  _____

6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9      a.   Business, Profession or          Yes ___ No X

10         self employment

11     b.   Income from stocks, bonds,     Yes ___ No X

12         or royalties?

13     c.   Rent payments?            Yes ___ No X

14     d.   Pensions, annuities, or        Yes ___ No X

15         life insurance payments?

16     e.   Federal or State welfare payments,  Yes ___ No X

17         Social Security or other govern-

18         ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount

20 received from each.

21 _none_____

22 _____

23 3.    Are you married?           Yes ___ No X

24 Spouse's Full Name: _____

25 Spouse's Place of Employment: _____

26 Spouse's Monthly Salary, Wages or Income:

27 Gross $_____ Net $_____

28 4.    a.    List amount you contribute to your spouse's support:$ _____

1          b.      List the persons other than your spouse who are dependent upon you for

2                  support and indicate how much you contribute toward their support.  (NOTE:

3                  For minor children, list only their initials and ages.  DO NOT INCLUDE

4                  THEIR NAMES.).

5    _none_____

6    _____

7    5.      Do you own or are you buying a home?              Yes ____ No _X_

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.      Do you own an automobile?                          Yes ____ No _X_

10   Make _____ Year _____ Model _____

11   Is it financed? Yes _____ No _____ If so, Total due: $ _____

12   Monthly Payment: $ _____

13   7.      Do you have a bank account?  Yes _____ No _X_ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s):  $ _____

17   Do you own any cash?  Yes ____ No _X_  Amount: $ _____

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.)  Yes ____ No _X_

20   _____

21   8.      What are your monthly expenses?

22   Rent: $ _____ Utilities: _____

23   Food: $ _____ Clothing: _____

24   Charge Accounts:

25   Name of Account              Monthly Payment                Total Owed on This Acct.

26   _____      $ _____      $ _____

27   _____      $ _____      $ _____

28   _____      $ _____      $ _____

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to

2  whom they are payable.  Do not include account numbers.)

3  *Restitution Payable To State of California*

4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?   Yes ____  No _X_

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  _____

10  _____

11        I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  *March 2-08*                    *John M Kirk*

17  DATE                          SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

SI
(PR)

1

2    Case Number: C-V 08 0805

3

4

5

6

7

8    **CERTIFICATE OF FUNDS**

9    **IN**

10    **PRISONER'S ACCOUNT**

11

12    I certify that attached hereto is a true and correct copy of the prisoner's trust account

13    statement showing transactions of John M KiRK for the last six months

                    [prisoner name]

14    High Desert State Prison where (s)he is confined.

        [name of institution]

15    I further certify that the average deposits each month to this prisoner's account for the

16    most recent 6-month period were $ Ø and the average balance in the prisoner's

17    account each month for the most recent 6-month period was $ Ø .

18

19    Dated: March · 2-08

20                                        [Authorized officer of the institution]

21    Att; form

22        Subchapter 2, article 4, Section 3(34) shoa's no funds from Jul 7-23-07

23    To 1/31/08

24

25

26

27

28

- 5 -

```
 TS210B             CALIFORNIA DEPARTMENT OF CORRECTIONS
                        ITAS TRUST ACCOUNT DISPLAY

 -------------- ACCOUNT INFORMATION -------------- ------ SPECIAL ITEMS -------

ACCOUNT  NUMBER:  V58590
   ACCOUNT NAME:  KIRK, JOHN  MICHAEL
   ACCOUNT TYPE:  I
CURRENT BALANCE:       0.00
   HOLD BALANCE:       0.00
  ENCUM. BALANCE:      0.00
      AVAILABLE:       0.00
PRIVILEGE GROUP:  A
   LAST CANTEEN:  05/17/2007
------------------------- ACCOUNT TRANSACTIONS -------------------------TS210CA
   DATE    TRAN   AMOUNT     DESCRIPTION    CHECK NUM    COMMENT      BALANCE
 -------- ----  -----------  ---------------  -----------  ----------  -----------
04/03/07 D320     22.57  TRUST FUNDS TRA                3391 PVSP      22.57
05/17/07 FC01     22.57  DRAW-FAC 1                     3954 D 3RD      0.00
06/14/07 FR01      0.17- CANTEEN RETURN                 604257          0.17
07/17/07 W502      0.17  POSTAGE CHARGE                 0198POSTGE      0.00


PAGE#     1 OF    1 PAGES
```

# HIGH DESERT STATE PRISON
## NOTIFICATION OF INDIGENT MAIL
### DIRECTOR RULES
#### (SUBCHAPTER 2, ARTICLE 4, SECTION 3134)

**INMATE NAME:**  KIRK, JOHN MICHAEL

**DATE REQUESTED:** 01/31/2008        **DATE RECEIVED:**  09/24/2007

**CDC #:**  V58590

**DATE SENT TO YARD:**  01/31/2008

**FACILITY:** B4 117L             01/31/2008        **IE**  20

**COMPLETED BY:**  ACCT-HB

   Staff

1.  Indigent inmate means an inmate who is wholly/totally without funds at the time they were eligible for withdraw of funds for Canteen (Title 15, Section 3000).

2.  Inmates who wish to apply for Indigent Mail Status must submit a written request to the Mailroom monthly.  Inmates are allowed to submit (1) request for indigent mail supplies, per calendar month.  It is not necessary to send more than (1) request per month.

3.  **Indigent envelopes are issued every thirty days.**  Requests for indigent envelopes need to be received in the Mailroom at *__least (2) days__* before your issue date.  Requests received after the issue date will be assigned a new issue date.  **Requests will not be processed early.**

4.  Inmates approved for indigent mail supplies will receive (20) envelopes once per month instead of (5) envelopes per week.

5.  The Facility staff at the inmate's respective housing unit will supply writing paper for indigent inmates.

| JAN | FEB | MAR | APR | MAY | JUN |
|-----|-----|-----|-----|-----|-----|
| 1/31/08 | | | | | 06/18/07 |
| **JUL** | **AUG** | **SEP** | **OCT** | **NOV** | **DEC** |
| 07/23/07 | 08/21/07 | 09/24/07 | 10/22/07 | 11/20/2007 | 12/21/2007 |

N. E. MEANS NOT ELIGIBLE  BECAUSE  FUNDS AVAILABLE OR HAD TRUST WITH DRAWAL IN LAST 30 DAYS.

To apply for more envelopes, complete and  forward the bottom portion of this form.

John M Kirk
V-58590 B-4-117-L
P.O. Box 3030
Susanville Ca 96127
H.D.S.P.

B4

LEGAL MAIL

STATE PRISON

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES